

**NUMBER 13-18-00575-CV**

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

JOSE ANDRES DE LA FUENTE,                                        Appellant,

v.

LONE STAR NATION BANK,
A NATIONAL BANKING ASSOCIATION                          Appellee.

---

**On appeal from County Court at Law No. 5
of Hidalgo County, Texas.**

---

# ORDER

### Before Justices Benavides, Longoria, and Hinojosa
### Order Per Curiam

Appellant Jose Andres De La Fuente filed a new affidavit of indigency and a motion for material change in circumstances for this Court to consider in the first instance. He requests that he be provided with a free reporter's record pursuant to Rule 20.1. TEX. R. APP. P. 20.1.

De La Fuente appeals from the trial court's grant of summary judgment to Appellee Lone Star National Bank. After hearing a challenge to De La Fuente's previous affidavit of indigency, the trial court found that De La Fuente did not meet his burden and denied him a free court reporter's record, which we affirmed by Order dated February 5, 2019. *See* TEX. R. CIV. P. 145(a)(4). Although De La Fuente claims a material change in his circumstances based upon his three-month prospective eligibility for food stamps beginning on March 1, 2019, Rule 20.1 does not provide for further application once an initial application has been denied. *Id.* Moreover, De La Fuente appeals from a summary judgment for which no reporter's record is required. *See Schneider Nat'l Carriers, Inc. v. Bates*, 147 S.W.3d 264, 291 n.141 (Tex. 2004) (quoting *McConnell v. Southside Indep. Sch. Dist.*, 858 S.W.2d 337, 343 n. 7 (Tex. 1993)).

De La Fuente's affidavit of indigence, his motion for change in material circumstance, and his motion for extension of time to file the reporter's record are denied.

IT IS SO ORDERED.

PER CURIAM

Delivered and filed the
20th day of February 2019.